No. 76–1420. STATE MUTUAL LIFE ASSURANCE COMPANY OF AMERICA ET AL. v. ARTHUR ANDERSEN & CO. ET AL. C. A. 2d Cir. Motion to expedite consideration of petition for writ of certiorari denied.

No. 76–5187. LEE v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, 429 U. S. 1037.] Motion of Thomas Sanabria for leave to file a brief as *amicus curiae* denied.

No. 76–1200. CRIST, WARDEN, ET AL. v. CLINE ET AL. Appeal from C. A. 9th Cir. Motion of appellee Merrel Cline for leave to proceed *in forma pauperis* granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 76–1121. AMERICAN BROADCASTING COMPANIES, INC., ET AL. v. WRITERS GUILD OF AMERICA, WEST, INC., ET AL.;
No. 76–1153. ASSOCIATION OF MOTION PICTURE & TELEVISION PRODUCERS, INC. v. WRITERS GUILD OF AMERICA, WEST, INC., ET AL.; and
No. 76–1162. NATIONAL LABOR RELATIONS BOARD v. WRITERS GUILD OF AMERICA, WEST, INC., ET AL. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one and one-half hours allotted for oral argument. Reported below: 547 F. 2d 159.

No. 75–5867. COOK v. PARKINSON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–814. CAMERON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–956. MISSISSIPPI GAY ALLIANCE ET AL. v. GOUDELOCK ET AL. C. A. 5th Cir. Certiorari denied.